430 A.2d 1155
**COMMONWEALTH of Pennsylvania,**

v.

**Guy DREXEL, Appellant.**

Supreme Court of Pennsylvania.

Argued May 20, 1981.
Decided June 4, 1981.

John A. Boccabella, Reading, for appellant.

Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.


## OPINION

PER CURIAM:

Judgment of sentence affirmed.


O'BRIEN, C.J., did not participate in the consideration or decision of this case.